**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
GENERAL ASSURANCE COMPANY,

                      Plaintiff,

        - against -

EDWARD FOBI, et al.

                 Defendants.
----------------------------------------------------------X

**REPORT AND**
**RECOMMENDATION**

CV 04-4189 (NGG) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

      In an order dated March 31, 2006, I noted that no party in this case had taken any action

to advance the litigation since May 13, 2005, and therefore directed that, no later than May 1,

2006: "(a) the defendant must file an answer, (b) the parties must file a stipulation extending the

defendant's time to answer, or (c) the plaintiff must file a motion for the entry of a notation of

default." Docket Entry ("DE") 4. I warned that "[i]f none of the preceding events occurs by the

deadline set forth above, I will deem the plaintiff to have abandoned the case and will promptly

file a Report and Recommendation urging the assigned District Judge to dismiss the case for

failure to prosecute." *Id.* Since that time, no party has taken any of the actions described in my

order. For that reason, I respectfully recommend that the court dismiss this case with prejudice

for failure to prosecute.

      This Report and Recommendation will be filed electronically on the court's ECF system

and is deemed served on all appearing parties as of the date of such filing. Any objections to this

Report and Recommendation must be filed with the Clerk of the Court no later than December 1,

2006.  Failure to file objections within the specified time waives the right to appeal the District

Court's order.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Beverly v. Walker*, 118 F.3d 900,

902 (2d Cir. 1997); *Savoie v. Merchants Bank*, 84 F.2d 52, 60 (2d Cir. 1996).

   **SO ORDERED.**

Dated: Brooklyn, New York
       November 15, 2006

                                                          /s/ James Orenstein
                                                          JAMES ORENSTEIN
                                                          U.S. Magistrate Judge