UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GENERAL ASSURANCE COMPANY,

        Plaintiff,

-against-

EDWARD FOBI, et al.,

        Defendants.
----------------------------------------------------------------X

ORDER

04-CV-4189 (NGG)(JO)

GARAUFIS, District Judge.

On November 15, 2006, Magistrate Judge James Orenstein issued a Report and Recommendation ("R&R") in the above-captioned action recommending that this court dismiss the case for failure to prosecute. No objections to the R&R have been timely filed. This court has reviewed the R&R and is satisfied that there is no clear error on the face of the record. The Clerk of the Court is directed to enter judgment as set forth by Magistrate Judge Orenstein and as detailed above.

SO ORDERED.

Dated: December 6, 2006
      Brooklyn, N.Y.

/s/ Nicholas G. Garaufis
Nicholas G. Garaufis
United States District Judge